**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known) _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 126 Henry Street Inc. d/b/a Village Auto Clinic |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-1691194 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>126 Henry Street<br>Hempstead, NY 11550<br>Number, Street, City, State & ZIP Code<br><br>Nassau<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| | | |
|---|---|---|
| Debtor | 126 Henry Street Inc. d/b/a Village Auto Clinic | Case number (*if known*) |
| | Name | |

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | **A.** *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | |
| | | **B.** *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | **C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | |     8111 |

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☒ Chapter 11. *Check **all** that apply*: |
| | |     ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | |     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No. <br> ☐ Yes. |
| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No <br> ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | Debtor _____ Relationship _____ |
| | | District _____ When _____ Case number, if known _____ |

Debtor    **126 Henry Street Inc. d/b/a Village Auto Clinic**      Case number (*if known*) _____
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    126 Henry Street Inc. d/b/a Village Auto Clinic    Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 20, 2026
　　　　　　　　MM / DD / YYYY

X /s/   Clarence Murray　　　　　　　　　　Clarence Murray
Signature of authorized representative of debtor　　Printed name

Title    Principal

**18. Signature of attorney**

X /s/ Kevin Nash　　　　　　　　　　Date    January 20, 2026
Signature of attorney for debtor　　　　　　　MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    knash@gwfglaw.com

1927656 NY
Bar number and State

WRITTEN CONSENT OF THE MEMBERS OF
126 HENRY STREET, INC. D/B/A VILLAGE AUTO CLINIC
TO COMMENCE CHAPTER 11 CASE

The undersigned, being the members of 126 Henry Street, Inc. d/b/a Village Auto Clinic (the "Company"), hereby adopts the following resolution by written consent:

WHEREAS, the business and legal affairs of the Company are governed by a certain Operating Agreement;

WHEREAS, the Company is subject to a tax lien foreclosure sale scheduled for January 21, 2026 at 2:15 p.m. which will cause the forfeiture of the Company's real property and the loss of substantial equity; and

WHEREAS, in view of the foregoing, the Company hereby adopts the following resolutions relating to the commencement of a Chapter 11 case:

NOW, THEREFORE, IT IS HEREBY

RESOLVED, that the Company is authorized to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York, Central Islip Division; and it is further

RESOLVED, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as bankruptcy counsel in the Chapter 11 case.

IN WITNESS WHEREOF, the undersigned has executed this written consent as of January 20, 2026.

                                        126 Henry Street, Inc.
                                        d/b/a Village Auto Clinic


                                By:     /s/ Clarence Murray


                                By:     /s/ Roger Murray

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                  Chapter 11

126 Henry Street Inc.
d/b/a Village Auto Clinic                                                 Case No.

                                    Debtor.
-----------------------------------------------------------------x

### DECLARATION OF CLARENCE MURRAY PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Clarence Murray declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1. I am a principal of 126 Henry Street, Inc. d/b/a Village Auto Clinic (the "Debtor" or "Company"), and as such, I am fully familiar with the Debtor's financial and legal affairs, day-to-day operations, and business strategies.

2. I respectfully submit this Declaration pursuant to Rule 1007-4 of the Local Bankruptcy Rules for the Eastern District of New York (the "Local Bankruptcy Rules"), in support of the Debtor's Chapter 11 petition filed contemporaneously herewith.

### Events Leading up to the Chapter 11 Petition

3. The Debtor operates an auto repair business located at 126 Henry Street, Hempstead, NY (the "Property"). The Debtor is also the owner of the Property which was acquired in 2023 by Referee's deed following extensive litigation against the prior owner, Betty Cater ("Cater").

4. Dating back to 2013, the Debtor was originally a tenant at the Property with an option to purchase the same under its lease. The Debtor exercised its purchase option and

1

ultimately obtained title from the Referee a decade later in the context of litigation filed in Nassau County under Index No 9000-2014.

5. During the intervening period of time, however, the prior owner, Cater, failed to pay various real estate taxes and concealed the existence of certain tax liens that were subsequently sold to a private company known as Sargon LLC ("Sargon"). Accordingly, the Debtor effectively inherited significant unpaid real estate taxes which remain the responsibility of the former owner. The Debtor and Cater are involved in a second litigation, but the Debtor faces the prospect of a pending tax lien foreclosure sale currently scheduled for January 21, 2026 at 2:15 p.m.

6. The Debtor's efforts to obtain an adjournment of the tax foreclosure sale were unsuccessful. Thus, the Debtor has no alternative but to commence this Chapter 11 case in order to preserve the status quo and prevent forfeiture of a valuable piece of commercial property. The Debtor ultimately hopes to refinance the existing tax liens through third party sources.

7. The Property is believed to have a value of approximately $2 million. The Debtor's car repair business generated revenues of $900,582 in 2025 and $1,426,054 in 2024. The outstanding taxes total approximately $386,875 (subject to reconciliation).

## Local Rule 1007-4 Disclosures

8. Pursuant to Local Rule 1007-4(a)(iv) and (v), a committee of creditors was not formed prior to the filing of the Debtor's Chapter 11 petition.

9. Pursuant to Local Rule 1007-4(a)(vi), a list of the Debtor's 20 largest creditors will be filed as part of the bankruptcy schedules and statements within the next fourteen (14) days.

10. Pursuant to Local Rule 1007-4(a)(vii), the Debtor's only secured creditor is Sargon.

11. Pursuant to Local Rule 1007-4(a)(viii), a full set of bankruptcy schedules and statements will be filed within 14 days, together with the other financial information required of a small business debtor.

12. Pursuant to Local Rule 1007-4(a)(ix), the equity interests in the Debtor are not publicly traded but are held by my son and me as listed herein.

13. Pursuant to Local Rule 1007-4(a)(xi), the Debtor maintains offices in Nassau County.

14. Pursuant to Local Rule 1007-4(a)(xiii), a list of pending lawsuits is filed herewith.

15. Pursuant to Local Rule 1007-4(a)(xiv) the Debtor's management consists of my son Roger and me. We are both officers and principals. Our annual salaries are $52,000 (son) and $35,000 (father).

16. Pursuant to Local Rule 1007-4(a)(xv), the Debtor's weekly non-officer weekly payroll is $3,900 covering four (4) employees.

Dated: New York, NY
       January 20, 2026

/s/Clarence Murray

W:\GWFG\new data\Yen\word\126 Henry Street\Local Rule Affidavit 01-20-26 v3.docx

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          Chapter 11

126 Henry Street. Inc.
d/b/a Village Auto Clinic                       Case No.:

                                Debtor.
-------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

                                Clarence Murray

                                Roger Murray

Dated: Hempstead, New York
       January 20, 2026

                                126 Henry Street, Inc.
                                d/b/a Village Auto Clinic

                         By:   /s/ Clarence Murray

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                            Chapter 11

126 Henry Street, Inc.
d/b/a Village Auto Clinic                                              Case No.

                                        Debtor.
----------------------------------------------------------------x

## LIST OF LAWSUITS

1. Sargon LLC v. 126 Henry Street Inc. d/b/a Village Auto Clinic, et al
   Supreme Court, Nassau County
   Index No.: 614827-2024

   Plaintiff's Attorney:   Levy and Levy
                           12 Tulip Drive
                           Great neck, NY 11021

2. Cater v. 126 Henry Street Inc., etc.
   Supreme Court, Nassau County
   Index No.: 601663-2024

   Plaintiff's Attorney:   Peter K. Kamran, Esq.
                           Lester Korinman Kamran & Mancini, P.C.
                           600 Old Country Road , Ste. 330
                           Garden City, NY 11530

Dated: Hempstead, New York
       January 20, 2026

                                                        126 Henry Street
                                                        d/b/a Village Auto Clinic

                                            By:    /s/ Clarence Murray

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Chapter 11

126 Henry Street, Inc.
d/b/a Village Auto Clinic                                           Case No.

                              Debtor.
-----------------------------------------------------------x

## LOCAL RULE 1007-2 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 1007-2(a)(7), 126 Henry Street Inc. certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated:  Hempstead, New York
        January 20, 2026

                                                126 Henry Street
                                                d/b/a Village Auto Clinic

                                         By:    /s/ Clarence Murray

# United States Bankruptcy Court
## Eastern District of New York, Central Islip Division

In re: 126 Henry Street Inc. d/b/a Village Auto Clinic

Debtor(s)

Case No. _____

Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: January 20, 2026

/s/ Clarence Murray
Clarence Murray /Principal
Signer/Title

Date: January 20, 2026

/s/ Kevin Nash
Signature of Attorney
Kevin Nash
Goldberg Weprin Finkel Goldstein LLP
125 Park Ave
New York, NY 10017-5690
Fax:

All Around
344 Nassau Road
Rockville Centre, NY 11571

Betty Cater
c/o Peter K. Kamran, Esq.
Lester Korinman Kamran & Masini, P.C.
600 Old Country Road, Ste 330
Garden City, NY 11530

Georgia Papazis, Referee
c/o Levy & Levy
12 Tulip Drive
Hempstead, NY 11550

National Loan Investors LP
5619 N Classen Blvd
Oklahoma City, OK 73118

NYS Attorney General
28 Liberty Street
New York, NY 10005

NYS Dept of Taxation and Finance
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

Parts Authority
4 Laurel Avenue
Hempstead, NY 11550

Sargon LLC
c/o Levy & Levy
12 Tulip Drive
Great Neck, NY 11021